JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ORELLANA, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>ALLSTATE INDEMNITY COMPANY, an Illinois corporation, and DOES 1 through 100,<br><br>    Defendants. | Case No.: CV 17-4761 DMG (FFMx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE [8]** |

Based upon the parties' joint motion, and good cause appearing therefor, the Court dismisses this action with prejudice, with each side to bear its own costs and attorneys' fees. All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: August 2, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-